**Appeal Dismissed and Memorandum Opinion filed July 9, 2015.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-15-00281-CV

---

## MOHAMAD  G. ALATKI, Appellant

### V.

## TIDEWATER FINANCE COMPANY D/B/A TIDEWATER MOTOR CREDIT AND D/B/A TIDEWATER CREDIT SERVICES, Appellee

---

**On Appeal from the Co Civil Ct at Law No 3
Harris County, Texas
Trial Court Cause No. 1055857**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 19, 2015. Appellant filed a timely motion for new trial. The notice of appeal was due March 23, 2015. *See* Tex. R. App. P. 26.1. Appellant, however, filed his notice of appeal on March 26, 2015, a date within 15 days of the due date for the notice of appeal. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file the notice of appeal. On  June 23, 2015, we ordered

appellant to file a proper motion to extend time to file the notice of appeal on or before July 3, 2015. *See* Tex. R. App. P. 26.3, 10.5(b). Appellant did not file a motion. We, therefore, dismiss the appeal. *See* Tex. R. App. P. 42.3.


PER CURIAM


Panel consists of Justices Christopher, Brown, and Wise.